**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:11-bk-15601-DRC |
| | § | |
| RONALD GALAROWICZ | § | |
| MARY GALAROWICZ | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/12/2011. The undersigned trustee was appointed on 04/12/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $39,872.49

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $3,587.09 |
| Bank service fees | $468.30 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $35,817.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 10/14/2011 and the deadline for filing government claims was 10/14/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,737.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,737.25, for a total compensation of $4,737.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2013 By: /s/ David E. Grochocinski

Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

**Case No.:** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**For the Period Ending:** 3/12/2013

**Trustee Name:** David E. Grochocinski
**Date Filed (f) or Converted (c):** 04/12/2011 (f)
**§341(a) Meeting Date:** 06/21/2011
**Claims Bar Date:** 10/14/2011

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2920 BELLER DRIVE, DARIEN | $335,500.00 | $0.00 | | $0.00 | FA |
| 2 | TIMESHARE - OYSTER BAY | $100.00 | $0.00 | | $0.00 | FA |
| 3 | TIMESHARE - ORLAND FL | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | TIMESHARE - SUNTERRA DIAMOND RESORTS | $500.00 | $0.00 | | $0.00 | FA |
| 5 | TIMESHARE - LAS VEGAS | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | CASH | $100.00 | $0.00 | | $0.00 | FA |
| 7 | PNC CHECKING | $500.00 | $0.00 | | $0.00 | FA |
| 8 | PNC BANK | $150.00 | $0.00 | | $0.00 | FA |
| 9 | TCF BANK | $75.00 | $0.00 | | $0.00 | FA |
| 10 | HOUSEHOLD GOODS | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | BOOKS | $100.00 | $0.00 | | $0.00 | FA |
| 12 | WEARING APPAREL | $200.00 | $0.00 | | $0.00 | FA |
| 13 | JEWELRY | $300.00 | $0.00 | | $0.00 | FA |
| 14 | CAMERA | $65.00 | $0.00 | | $0.00 | FA |
| 15 | TERM LIFE INS | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 401K | $523.00 | $0.00 | | $0.00 | FA |
| 17 | PROFIT SHARING | $2,000.00 | $0.00 | | $0.00 | FA |
| 18 | 401K | $5,524.83 | $0.00 | | $0.00 | FA |
| 19 | STOCK IN HALLIBURTON CO | $1,446.46 | $0.00 | | $0.00 | FA |
| 20 | IRA/BENEFICIARY | $43,858.00 | $43,858.00 | | $39,872.49 | FA |
| 21 | 2008 FORD FOCUS | $9,055.00 | $0.00 | | $0.00 | FA |
| 22 | 2006 BUICK RENDEVOUS | $9,290.00 | $0.00 | | $0.00 | FA |
| 23 | 2005 ESCAPE | $10,495.00 | $0.00 | | $0.00 | FA |
| | **TOTALS (Excluding unknown value)** | **$423,782.29** | **$43,858.00** | | **$39,872.49** | **Gross Value of Remaining Assets** **$0.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**For the Period Ending:** 3/12/2013

**Trustee Name:** David E. Grochocinski
**Date Filed (f) or Converted (c):** 04/12/2011 (f)
**§341(a) Meeting Date:** 06/21/2011
**Claims Bar Date:** 10/14/2011

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

MOTION FOR RULE TO SHOW CAUSE PENDING; SET FOR 2/10/12 REGARDING INHERITED IRA ACCOUNT; FUNDS COLLECTED; WAITING FOR FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** 06/30/2013

**Current Projected Date Of Final Report (TFR):** 06/30/2013

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 11-15601-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | GALAROWICZ, RONALD AND GALAROWICZ, MARY | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1850 | **Checking Acct #:** | ******0101 |
| **Co-Debtor Taxpayer ID #:** | ******1851 | **Account Title:** | Checking |
| **For Period Beginning:** | 4/12/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/12/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/16/2012 | (20) | T. ROWE PRICE | IRA LIQUIDATION | 1129-000 | $41.79 | | $41.79 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $8,239.59 | | $8,281.38 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $6,204.44 | | $14,485.82 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $9,549.70 | | $24,035.52 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $2,096.58 | | $26,132.10 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $8,182.63 | | $34,314.73 |
| 07/16/2012 | (20) | T. ROWE PRICE | IRA LIQUIDATION | 1129-000 | $3,490.54 | | $37,805.27 |
| 07/16/2012 | (20) | T. ROWE PRICE | IRA LIQUIDATION | 1129-000 | $2,067.22 | | $39,872.49 |
| 07/23/2012 | 3001 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | $35.74 | $39,836.75 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $31.12 | $39,805.63 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.45 | $39,735.18 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $55.84 | $39,679.34 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.03 | $39,615.31 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $65.98 | $39,549.33 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $59.70 | $39,489.63 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $63.72 | $39,425.91 |
| 02/21/2013 | 3002 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $37.35 | $39,388.56 |
| 02/27/2013 | 3003 | UNITED STATES TREASURY | EIN: 61-6451850<br>1041 YEAR EDN 12/31/12 | 2810-000 | | $3,514.00 | $35,874.56 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $57.46 | $35,817.10 |
| | | | | **SUBTOTALS** | $39,872.49 | $4,055.39 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 11-15601-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | GALAROWICZ, RONALD AND GALAROWICZ, MARY | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******1850 | **Checking Acct #:** | ******0101 |
| **Co-Debtor Taxpayer ID #:** | ******1851 | **Account Title:** | Checking |
| **For Period Beginning:** | 4/12/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/12/2013 | **Separate bond (if applicable):** | |

| 1<br>Transaction Date | 2<br>Check / Ref. # | 3<br>Paid to/ Received From | 4<br>Description of Transaction | Uniform Tran Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $39,872.49 | $4,055.39 | $35,817.10 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $39,872.49 | $4,055.39 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $39,872.49 | $4,055.39 | |

**For the period of 4/12/2011 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,055.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,055.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/09/2012 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,055.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,055.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**Primary Taxpayer ID #:** ******1850
**Co-Debtor Taxpayer ID #:** ******1851
**For Period Beginning:** 4/12/2011
**For Period Ending:** 3/12/2013

**Trustee Name:** David E. Grochocinski
**Bank Name:** Green Bank
**Checking Acct #:** ******0101
**Account Title:** Checking
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $39,872.49 | $4,055.39 | $35,817.10 |

**For the period of 4/12/2011 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,055.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,055.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/12/2011 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,055.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,055.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# CLAIM ANALYSIS REPORT

**Case No.** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**Claims Bar Date:** 10/14/2011

**Trustee Name:** David E. Grochocinski
**Date:** 3/12/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 03/12/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $4,737.25 | $4,737.25 | $0.00 | $0.00 | $0.00 | $4,737.25 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove IL 60089 | 03/12/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 03/12/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $29.16 | $29.16 | $0.00 | $0.00 | $0.00 | $29.16 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 03/12/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $4,206.50 | $4,206.50 | $0.00 | $0.00 | $0.00 | $4,206.50 |
| 2 | DIAMOND RESORTS FS<br>10600 W Charleston Blvd<br>Las Vegas NV 89135 | 05/11/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $6,267.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY LLC<br>P O Box 6275<br>Dearborn MI 48121 | 07/19/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $8,123.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# CLAIM ANALYSIS REPORT

Exhibit C

**Case No.** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**Claims Bar Date:** 10/14/2011

**Trustee Name:** David E. Grochocinski
**Date:** 3/12/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | FORD MOTOR CREDIT COMPANY LLC<br>P O Box 6275<br>Dearborn MI 48121 | 07/19/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $8,523.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | DIAMOND RESORTS FS<br>10600 W Charleston Blvd<br>Las Vegas NV 89135 | 05/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,449.26 | $1,449.26 | $0.00 | $0.00 | $0.00 | $1,449.26 |
| 2a | DIAMOND RESORTS FS<br>10600 W Charleston Blvd<br>Las Vegas NV 89135 | 05/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $62.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Target<br>PO Box 248866<br>Oklahoma City OK 731248866 | 07/18/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,334.03 | $8,334.03 | $0.00 | $0.00 | $0.00 | $8,334.03 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City OK 731248840 | 07/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $618.66 | $618.66 | $0.00 | $0.00 | $0.00 | $618.66 |
| 7 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 198865102 | 07/26/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,094.64 | $26,094.64 | $0.00 | $0.00 | $0.00 | $26,094.64 |
| 8 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 198865102 | 07/26/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,049.80 | $9,049.80 | $0.00 | $0.00 | $0.00 | $9,049.80 |

# CLAIM ANALYSIS REPORT

Exhibit C

**Case No.** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**Claims Bar Date:** 10/14/2011

**Trustee Name:** David E. Grochocinski
**Date:** 3/12/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CAPITAL ONE,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas Tx 75374 | 08/09/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,383.16 | $2,383.16 | $0.00 | $0.00 | $0.00 | $2,383.16 |
| 10 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 08/09/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,665.42 | $12,665.42 | $0.00 | $0.00 | $0.00 | $12,665.42 |
| 11 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 08/09/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,183.06 | $15,183.06 | $0.00 | $0.00 | $0.00 | $15,183.06 |
| 12 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 08/30/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,520.06 | $7,520.06 | $0.00 | $0.00 | $0.00 | $7,520.06 |
| **Claim Notes:** | (12-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 13 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 331311605 | 09/26/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,398.06 | $1,398.06 | $0.00 | $0.00 | $0.00 | $1,398.06 |
| 14 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 10/07/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $24,062.74 | $24,062.74 | $0.00 | $0.00 | $0.00 | $24,062.74 |

## CLAIM ANALYSIS REPORT

 Exhibit C

**Case No.** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**Claims Bar Date:** 10/14/2011

**Trustee Name:** David E. Grochocinski
**Date:** 3/12/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 10/07/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,003.38 | $3,003.38 | $0.00 | $0.00 | $0.00 | $3,003.38 |
| 16 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 10/10/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $404.28 | $404.28 | $0.00 | $0.00 | $0.00 | $404.28 |
| 17 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 10/10/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $608.69 | $608.69 | $0.00 | $0.00 | $0.00 | $608.69 |
| | | | | | | | **$146,574.35** | **$123,598.15** | **$0.00** | **$0.00** | **$0.00** | **$123,598.15** |

# CLAIM ANALYSIS REPORT

**Case No.** 11-15601-DRC
**Case Name:** GALAROWICZ, RONALD AND GALAROWICZ, MARY
**Claims Bar Date:** 10/14/2011

**Trustee Name:** David E. Grochocinski
**Date:** 3/12/2013

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $29.16 | $29.16 | $0.00 | $0.00 | $0.00 | $29.16 |
| Attorney for Trustee Fees (Trustee Firm) | $4,206.50 | $4,206.50 | $0.00 | $0.00 | $0.00 | $4,206.50 |
| General Unsecured § 726(a)(2) | $112,837.64 | $112,775.24 | $0.00 | $0.00 | $0.00 | $112,775.24 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $22,913.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $4,737.25 | $4,737.25 | $0.00 | $0.00 | $0.00 | $4,737.25 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 1:11-bk-15601-DRC
Case Name: RONALD GALAROWICZ
MARY GALAROWICZ
Trustee Name: David E. Grochocinski

Balance on hand: $35,817.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | $8,123.28 | $0.00 | $0.00 | $0.00 |
| 5 | Ford Motor Credit Company LLC | $8,523.46 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $35,817.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $4,737.25 | $0.00 | $4,737.25 |
| InnovaLaw, PC, Attorney for Trustee Fees | $4,206.50 | $0.00 | $4,206.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $29.16 | $0.00 | $29.16 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,850.00 | $0.00 | $1,850.00 |

Total to be paid for chapter 7 administrative expenses: $10,822.91
Remaining balance: $24,994.19

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $24,994.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $24,994.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $112,775.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Diamond Resorts Fs | $1,449.26 | $0.00 | $321.19 |
| 2a | Diamond Resorts Fs | $0.00 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | $8,334.03 | $0.00 | $1,847.06 |
| 6 | American InfoSource LP as agent for | $618.66 | $0.00 | $137.11 |
| 7 | FIA CARD SERVICES, N.A. | $26,094.64 | $0.00 | $5,783.31 |
| 8 | FIA CARD SERVICES, N.A. | $9,049.80 | $0.00 | $2,005.69 |
| 9 | Capital One,N.A | $2,383.16 | $0.00 | $528.18 |
| 10 | Chase Bank USA, N.A. | $12,665.42 | $0.00 | $2,807.02 |
| 11 | Chase Bank USA, N.A. | $15,183.06 | $0.00 | $3,365.00 |
| 12 | American Express Bank, FSB | $7,520.06 | $0.00 | $1,666.66 |
| 13 | Midland Funding LLC | $1,398.06 | $0.00 | $309.85 |
| 14 | PYOD LLC its successors and assigns as assignee of | $24,062.74 | $0.00 | $5,332.99 |
| 15 | PYOD LLC its successors and assigns as assignee of | $3,003.38 | $0.00 | $665.63 |
| 16 | Capital One, N.A. | $404.28 | $0.00 | $89.60 |
| 17 | Capital One, N.A. | $608.69 | $0.00 | $134.90 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $24,994.19 |
| Remaining balance: | $0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |