UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:11-bk-15601-DRC |
| | § | |
| RONALD GALAROWICZ | § | |
| MARY GALAROWICZ | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 04/26/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/14/2013                By:  /s/ David E. Grochocinski
                                              (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:11-bk-15601-DRC |
| | § | |
| RONALD GALAROWICZ | § | |
| MARY GALAROWICZ | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $39,872.49
*and approved disbursements of* $4,055.39
*leaving a balance on hand of[1]:* $35,817.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | $8,123.28 | $0.00 | $0.00 | $0.00 |
| 5 | Ford Motor Credit Company LLC | $8,523.46 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $35,817.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $4,737.25 | $0.00 | $4,737.25 |
| InnovaLaw, PC, Attorney for Trustee Fees | $4,206.50 | $0.00 | $4,206.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $29.16 | $0.00 | $29.16 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,850.00 | $0.00 | $1,850.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administrative expenses: $10,822.91
Remaining balance: $24,994.19

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $24,994.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $24,994.19

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $112,775.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Diamond Resorts Fs | $1,449.26 | $0.00 | $321.19 |
| 2a | Diamond Resorts Fs | $0.00 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | $8,334.03 | $0.00 | $1,847.06 |
| 6 | American InfoSource LP as agent for | $618.66 | $0.00 | $137.11 |
| 7 | FIA CARD SERVICES, N.A. | $26,094.64 | $0.00 | $5,783.31 |
| 8 | FIA CARD SERVICES, N.A. | $9,049.80 | $0.00 | $2,005.69 |
| 9 | Capital One,N.A | $2,383.16 | $0.00 | $528.18 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Chase Bank USA, N.A. | $12,665.42 | $0.00 | $2,807.02 |
| 11 | Chase Bank USA, N.A. | $15,183.06 | $0.00 | $3,365.00 |
| 12 | American Express Bank, FSB | $7,520.06 | $0.00 | $1,666.66 |
| 13 | Midland Funding LLC | $1,398.06 | $0.00 | $309.85 |
| 14 | PYOD LLC its successors and assigns as assignee of | $24,062.74 | $0.00 | $5,332.99 |
| 15 | PYOD LLC its successors and assigns as assignee of | $3,003.38 | $0.00 | $665.63 |
| 16 | Capital One, N.A. | $404.28 | $0.00 | $89.60 |
| 17 | Capital One, N.A. | $608.69 | $0.00 | $134.90 |

        Total to be paid to timely general unsecured claims:    $24,994.19
        Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:    $0.00
        Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:    $0.00
        Remaining balance:    $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-15601-DRC
Ronald R Galarowicz                                                 Chapter 7
Mary L Galarowicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe              Page 1 of 3            Date Rcvd: Mar 15, 2013
                              Form ID: pdf006          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2013.
```
db/jdb     +Ronald R Galarowicz,    Mary L Galarowicz,    2920 Beller Drive,    Darien, IL 60561-1615
17122943   +American Express,   c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17122944   +American Express,    P.O.Box 360001,    Fort Lauderdale, FL 33336-0001
17731862    American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19622935   +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
17647187   +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17122946   +Carson Pirie Scott,    PO Box 10327,    Jackson, MS 39289-0327
17122947   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17651668    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17122949   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17122950   +Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
             Kansas City, MO 64195-0507
17122951   +Diamond Resorts Fs,    10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
17586858    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17122952  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Corporation,    National Bankruptcy Service Center,
             Po Box 537901,    Livonia, MI 48153)
17557440   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
17122953   +Global Network,    5320 College Blvd.,    Overland Park, KS 66211-1621
17256784   +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
17905578   +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
17905559   +HSBC Bank Nevada, N.A. (Bon Ton),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
17122954   +Hilton Grand Vacations Company, LLC,    6355 MetroWest Blvd.,    Suite 180,
             Orlando, FL 32835-6203
17122955   +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
17122958   +Law Office of Simon & Bocksch,    1001 Brickell Bay Drive,    Suite 1200,    Miami, FL 33131-4937
17122959   +Lloyd Ward & Associates,    12655 North Central Expressway,    Suite 800,    Dallas, TX 75243-1746
17122960   +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
17122961   +Michael D. Fine,    131 South Dearborn Street, Floor 5,    Chicago, IL 60603-5571
19927177    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17122962   +Nbgl-carsons,    PO Box 15521,    Wilmington, DE 19850-5521
17122963   +Ncb Ne Er,    1 Cascade Plaza,    Akron, OH 44308-1136
17122964   +NoteWorld Servicing Center,    1001 Pacific Ave.,    Suite 200,    Tacoma, WA 98402-4440
17122965    Osyter Bay Beach Resort,    Pearl Develpment, NAT at Ansley Asc,
             1787 Sentry Prkway West Bld 18 #240,    Blue Bell, PA 19422
17122966    Oyster Bay Beach Resort,    Emerald Merit Road #10,    PO Box 239,
             St. Maarten, Netherlands Antilles
17122967   +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
17122969   +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
17122970   +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17563091    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2013 02:47:51
             American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
             Oklahoma City, OK  73124-8840
17548776    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2013 02:52:31
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17840111    E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2013 02:52:15       GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17122956    E-mail/Text: cio.bncmail@irs.gov Mar 16 2013 02:32:39       Internal Revenue Service,
             Insolvency Division,    PO Box 7346,    Philadelphia, PA 19101-7346
17122957   +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 16 2013 02:36:23       Kohls,    Attn: Recovery Dept,
             Po Box 3120,    Milwaukee, WI 53201-3120
17896007   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 16 2013 02:35:15
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19927178    E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2013 02:47:13
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
17122968   +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2013 02:47:42       Sams Club,
             Attention:  Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
                                                                                              TOTAL: 8
```

```
District/off: 0752-1           User: vrowe                 Page 2 of 3              Date Rcvd: Mar 15, 2013
                               Form ID: pdf006             Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Grochocinski, Grochocinski & Lloyd, Ltd
17122948*    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
17122945    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: vrowe                Page 3 of 3                  Date Rcvd: Mar 15, 2013
                              Form ID: pdf006            Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2013 at the address(es) listed below:

        Alfredo J Garcia    on behalf of Joint Debtor Mary L Galarowicz notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com

        Alfredo J Garcia    on behalf of Debtor Ronald R Galarowicz notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com

        David  Melcer    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com

        David E Grochocinski    on behalf of Accountant   Alan Horewitch and Scott, Horewitch, Pidgeon & Abrams LLC dgrochocinski@innovalaw.com, deg@trustesolutions.net

        David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net

        Joel A Schechter, ESQ    on behalf of Creditor   Hilton Grand Vacations Development Company-Las Vegas, LLC joelschechter@covad.net

        Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Toni  Dillon    on behalf of Creditor   PNC Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 9