**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-15601-DRC |
| | § | |
| RONALD GALAROWICZ | § | |
| MARY GALAROWICZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $20,550.00 | Assets Exempt: | $52,274.29 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $24,994.19 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $14,878.30 | | |

3)    Total gross receipts of $39,872.49  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $39,872.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $22,913.80 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $14,878.30 | $14,878.30 | $14,878.30 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $112,837.64 | $112,775.24 | $24,994.19 |
| **Total Disbursements** | NA | $150,629.74 | $127,653.54 | $39,872.49 |

4). This case was originally filed under chapter 7 on 04/12/2011. The case was pending for -1335 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2013      By:   /s/ David E. Grochocinski
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| IRA/BENEFICIARY | 1129-000 | $39,872.49 |
| **TOTAL GROSS RECEIPTS** | | **$39,872.49** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Diamond Resorts Fs | 4110-000 | NA | $6,267.06 | $0.00 | $0.00 |
| 4 | Ford Motor Credit Company LLC | 4110-000 | NA | $8,123.28 | $0.00 | $0.00 |
| 5 | Ford Motor Credit Company LLC | 4110-000 | NA | $8,523.46 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $22,913.80 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $4,737.25 | $4,737.25 | $4,737.25 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $37.35 | $37.35 | $37.35 |
| Green Bank | 2600-000 | NA | $468.30 | $468.30 | $468.30 |
| UNITED STATES TREASURY | 2810-000 | NA | $3,514.00 | $3,514.00 | $3,514.00 |
| UPS | 2990-000 | NA | $35.74 | $35.74 | $35.74 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $4,206.50 | $4,206.50 | $4,206.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $29.16 | $29.16 | $29.16 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $1,850.00 | $1,850.00 | $1,850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $14,878.30 | $14,878.30 | $14,878.30 |

UST Form 101-7-TDR (10/1/2010)

**CHARGES**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Diamond Resorts Fs | 7100-000 | NA | $1,449.26 | $1,449.26 | $321.19 |
| 2a | Diamond Resorts Fs | 7100-000 | NA | $62.40 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | NA | $8,334.03 | $8,334.03 | $1,847.06 |
| 6 | American InfoSource LP as agent for | 7100-000 | NA | $618.66 | $618.66 | $137.11 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $26,094.64 | $26,094.64 | $5,783.31 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $9,049.80 | $9,049.80 | $2,005.69 |
| 9 | Capital One,N.A | 7100-000 | NA | $2,383.16 | $2,383.16 | $528.18 |
| 10 | Chase Bank USA, N.A. | 7100-000 | NA | $12,665.42 | $12,665.42 | $2,807.02 |
| 11 | Chase Bank USA, N.A. | 7100-000 | NA | $15,183.06 | $15,183.06 | $3,365.00 |
| 12 | American Express Bank, FSB | 7100-000 | NA | $7,520.06 | $7,520.06 | $1,666.66 |
| 13 | Midland Funding LLC | 7100-000 | NA | $1,398.06 | $1,398.06 | $309.85 |
| 14 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $24,062.74 | $24,062.74 | $5,332.99 |
| 15 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $3,003.38 | $3,003.38 | $665.63 |
| 16 | Capital One, N.A. | 7100-000 | NA | $404.28 | $404.28 | $89.60 |
| 17 | Capital One, N.A. | 7100-000 | NA | $608.69 | $608.69 | $134.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $112,837.64 | $112,775.24 | $24,994.19 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-15601-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GALAROWICZ, RONALD AND GALAROWICZ, MARY | Date Filed (f) or Converted (c): | 04/12/2011 (f) |
| For the Period Ending: | 6/11/2013 | §341(a) Meeting Date: | 06/21/2011 |
| | | Claims Bar Date: | 10/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2920 BELLER DRIVE, DARIEN | $335,500.00 | $0.00 | | $0.00 | FA |
| 2  TIMESHARE - OYSTER BAY | $100.00 | $0.00 | | $0.00 | FA |
| 3  TIMESHARE - ORLAND FL | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  TIMESHARE - SUNTERRA DIAMOND RESORTS | $500.00 | $0.00 | | $0.00 | FA |
| 5  TIMESHARE - LAS VEGAS | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  CASH | $100.00 | $0.00 | | $0.00 | FA |
| 7  PNC CHECKING | $500.00 | $0.00 | | $0.00 | FA |
| 8  PNC BANK | $150.00 | $0.00 | | $0.00 | FA |
| 9  TCF BANK | $75.00 | $0.00 | | $0.00 | FA |
| 10 HOUSEHOLD GOODS | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 BOOKS | $100.00 | $0.00 | | $0.00 | FA |
| 12 WEARING APPAREL | $200.00 | $0.00 | | $0.00 | FA |
| 13 JEWELRY | $300.00 | $0.00 | | $0.00 | FA |
| 14 CAMERA | $65.00 | $0.00 | | $0.00 | FA |
| 15 TERM LIFE INS | $0.00 | $0.00 | | $0.00 | FA |
| 16 401K | $523.00 | $0.00 | | $0.00 | FA |
| 17 PROFIT SHARING | $2,000.00 | $0.00 | | $0.00 | FA |
| 18 401K | $5,524.83 | $0.00 | | $0.00 | FA |
| 19 STOCK IN HALLIBURTON CO | $1,446.46 | $0.00 | | $0.00 | FA |
| 20 IRA/BENEFICIARY | $43,858.00 | $43,858.00 | | $39,872.49 | FA |
| 21 2008 FORD FOCUS | $9,055.00 | $0.00 | | $0.00 | FA |
| 22 2006 BUICK RENDEVOUS | $9,290.00 | $0.00 | | $0.00 | FA |
| 23 2005 ESCAPE | $10,495.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $423,782.29 | $43,858.00 | | $39,872.49 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2   Exhibit 8

| **Case No.:** | 11-15601-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | GALAROWICZ, RONALD AND GALAROWICZ, MARY | **Date Filed (f) or Converted (c):** | 04/12/2011 (f) |
| **For the Period Ending:** | 6/11/2013 | **§341(a) Meeting Date:** | 06/21/2011 |
| | | **Claims Bar Date:** | 10/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
  MOTION FOR RULE TO SHOW CAUSE PENDING; SET FOR 2/10/12 REGARDING INHERITED IRA ACCOUNT; FUNDS COLLECTED; WAITING FOR FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** 06/30/2013       **Current Projected Date Of Final Report (TFR):** 06/30/2013       /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                                          DAVID E. GROCHOCINSKI

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-15601-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GALAROWICZ, RONALD AND GALAROWICZ, MARY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1850 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | ******1851 | Account Title: | Checking |
| For Period Beginning: | 4/12/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/16/2012 | (20) | T. ROWE PRICE | IRA LIQUIDATION | 1129-000 | $41.79 | | $41.79 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $8,239.59 | | $8,281.38 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $6,204.44 | | $14,485.82 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $9,549.70 | | $24,035.52 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $2,096.58 | | $26,132.10 |
| 07/16/2012 | (20) | T.ROWE PRICE | IRA LIQUIDATION | 1129-000 | $8,182.63 | | $34,314.73 |
| 07/16/2012 | (20) | T. ROWE PRICE | IRA LIQUIDATION | 1129-000 | $3,490.54 | | $37,805.27 |
| 07/16/2012 | (20) | T. ROWE PRICE | IRA LIQUIDATION | 1129-000 | $2,067.22 | | $39,872.49 |
| 07/23/2012 | 3001 | UPS | OVERNIGHT DELIVERY CHARGES | 2990-000 | | $35.74 | $39,836.75 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $31.12 | $39,805.63 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.45 | $39,735.18 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $55.84 | $39,679.34 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.03 | $39,615.31 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $65.98 | $39,549.33 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $59.70 | $39,489.63 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $63.72 | $39,425.91 |
| 02/21/2013 | 3002 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $37.35 | $39,388.56 |
| 02/27/2013 | 3003 | UNITED STATES TREASURY | EIN: 61-6451850 1041 YEAR EDN 12/31/12 | 2810-000 | | $3,514.00 | $35,874.56 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $57.46 | $35,817.10 |
| 04/26/2013 | 3004 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $4,737.25 | $31,079.85 |
| 04/26/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $4,206.50 | $26,873.35 |
| 04/26/2013 | 3006 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $29.16 | $26,844.19 |
| 04/26/2013 | 3007 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $1,850.00 | $24,994.19 |
| 04/26/2013 | 3008 | Diamond Resorts Fs | Distribution on Claim #: 1; | 7100-000 | | $321.19 | $24,673.00 |
| 04/26/2013 | 3009 | American InfoSource LP as agent for | Distribution on Claim #: 3; | 7100-000 | | $1,847.06 | $22,825.94 |
| 04/26/2013 | 3010 | American InfoSource LP as agent for | Distribution on Claim #: 6; | 7100-000 | | $137.11 | $22,688.83 |
| 04/26/2013 | 3011 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 7; | 7100-000 | | $5,783.31 | $16,905.52 |
| | | | | SUBTOTALS | $39,872.49 | $22,966.97 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2    Exhibit 9

| Case No. | 11-15601-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GALAROWICZ, RONALD AND GALAROWICZ, MARY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1850 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | ******1851 | Account Title: | Checking |
| For Period Beginning: | 4/12/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/26/2013 | 3012 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 8; | 7100-000 | | $2,005.69 | $14,899.83 |
| 04/26/2013 | 3013 | Capital One,N.A | Distribution on Claim #: 9; | 7100-000 | | $528.18 | $14,371.65 |
| 04/26/2013 | 3014 | Chase Bank USA, N.A. | Distribution on Claim #: 10; | 7100-000 | | $2,807.02 | $11,564.63 |
| 04/26/2013 | 3015 | Chase Bank USA, N.A. | Distribution on Claim #: 11; | 7100-000 | | $3,365.00 | $8,199.63 |
| 04/26/2013 | 3016 | American Express Bank, FSB | Distribution on Claim #: 12; | 7100-000 | | $1,666.66 | $6,532.97 |
| 04/26/2013 | 3017 | Midland Funding LLC | Distribution on Claim #: 13; | 7100-000 | | $309.85 | $6,223.12 |
| 04/26/2013 | 3018 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 14; | 7100-000 | | $5,332.99 | $890.13 |
| 04/26/2013 | 3019 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 15; | 7100-000 | | $665.63 | $224.50 |
| 04/26/2013 | 3020 | Capital One, N.A. | Distribution on Claim #: 16; | 7100-000 | | $89.60 | $134.90 |
| 04/26/2013 | 3021 | Capital One, N.A. | Distribution on Claim #: 17; | 7100-000 | | $134.90 | $0.00 |
| | | | TOTALS: | | $39,872.49 | $39,872.49 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $39,872.49 | $39,872.49 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $39,872.49 | $39,872.49 | |

For the period of 4/12/2011 to 6/11/2013

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,872.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,872.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/09/2012 to 6/11/2013

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,872.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,872.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-15601-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GALAROWICZ, RONALD AND GALAROWICZ, MARY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1850 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | ******1851 | Account Title: | Checking |
| For Period Beginning: | 4/12/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $39,872.49 | $39,872.49 | $0.00 |

**For the period of 4/12/2011 to 6/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,872.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,872.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/12/2011 to 6/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $39,872.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,872.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,872.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,872.49 |
| Total Internal/Transfer Disbursements: | $0.00 |